UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:14-CR-74-DCR-6       At  Lexington       Date  February 27, 2019

USA vs Katherine Michelle Jones       x  present     __ custody   x  bond    __ OR   Age ____

PRESENT:   Hon. Danny C. Reeves, U.S. District Judge

| Lisa Moore | Peggy Weber | David Kiebler |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Defendant  Kathryn Ann Walton    x  present    __ retained    x  appointed

PROCEEDINGS:   **FINAL HEARING ON SUPERVISED RELEASE VIOLATIONS**

The parties appeared as noted for a final hearing regarding alleged violations of supervised release. United States Probation Officer Glenn Collins was also present. The defendant was advised of her rights as well as the nature and circumstances of the alleged violations. After being duly sworn, the defendant stipulated to the violations set forth in the February 21, 2019, Supervised Release Violation Report. Based on the defendant's stipulation and the information contained in the Violation Report, the Court finds that the supervised release violations occurred as alleged. The Court finds that the stipulation is knowing and voluntary. The defendant was advised of her appellate rights at the conclusion of the hearing.

Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The defendant's previously-imposed term of supervised release is **REVOKED**.

2. A Revocation Judgment in conformity to the Court's ruling shall be forthcoming.

Dated: February 27, 2019.

Signed By: Danny C. Reeves
United States District Judge

Copies: COR, USP, USM

Initials of Deputy Clerk  lkm
TIC: / 50

-1-